```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
                                                         :
FRANKIE MONEGRO,                                         :
on behalf of himself and all others similarly            :
situated                                                 :
                                                         :
                                    Plaintiff,           :
                                                         :
            -against-                                    :
                                                         :
ALCHEMER LLC,                                            :
                                                         :
                                    Defendant.           :
---------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/18/2021

21-CV-4191 (VSB)

**ORDER**

VERNON S. BRODERICK, United States District Judge:

On August 17, 2021, Defendant filed a motion to dismiss the complaint pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6). (Doc. 11.) Under Federal Rule of Civil Procedure 15(a)(1)(B), a plaintiff has 21 days after the service of a motion under Rule 12(b) to amend the complaint once as a matter of course. Accordingly, it is hereby:

ORDERED that Plaintiff shall file any amended complaint by September 7, 2021. It is unlikely that Plaintiff will have a further opportunity to amend.

IT IS FURTHER ORDERED that if no amended complaint is filed, Plaintiff shall serve any opposition to the motion to dismiss by September 16, 2021. Defendant's reply, if any, shall be served by September 30, 2021.

SO ORDERED.

Dated: August 18, 2021
       New York, New York

                                    _____
                                    Vernon S. Broderick
                                    United States District Judge